# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS LAWSON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-4472 |
| | : | |
| RADIUS GLOBAL SOLUTIONS, LLC, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 4th day of December, 2023, upon consideration of Plaintiff Thomas Lawson's Amended Complaint (ECF No. 6) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                        **BY THE COURT:**

                                        /s/Joel H. Slomsky, J.
                                        **JOEL H. SLOMSKY, J.**